HENRY C. MINER, Appellant, *v.* AUGUSTIN DALY, Respondent.*

(Argued December 12, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 8, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*David May* for appellant.

*Stephen H. Olin* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL FULLER, Appellant.

(Submitted December 12, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made the second Monday of December, 1884, which affirmed a judgment of the City Court of Brooklyn entered upon a verdict convicting the defendant of the crime of vending and selling to another lottery policies.

*James Troy* for appellant.

*James W. Ridgway, District Attorney,* for respondent.

Agree to affirm · no opinion.
All concur.
Judgment affirmed.

_____

*Reported below, 69 Hun, 337.